```
 1  Robert F. Semmer (State Bar No. 102576)
    Cathleen G. Fitch (State Bar No. 95302)
 2  COUGHLAN, SEMMER & LIPMAN, LLP
    501 West Broadway, Suite 400
 3  San Diego, CA 92101
    (619) 232-0800
 4  (619) 232-0107 (Fax)
 5
    Attorneys for Defendant SURGICAL CARE
 6  AFFILIATES, LLC
 7
```

FILED
2007 DEC 26  AM 9:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, a Delaware corporation; et al.<br><br>　　　　　Defendants. | CASE NO. '07 CV 2408 DMS WMc<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify:

1. I am over the age of 18 years and a resident of San Diego County, California; my business address is 501 W. Broadway, Suite 400, San Diego, California 92101; I am not a party to the above-entitled action;

2. On this date I caused to be served the following document(s) in the manner specified:

　　a.　CIVIL COVER SHEET

　　b.　NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(b)

　　c.　NOTICE TO ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(b);

　　d.　JOINDER OF DEFENDANT HEALTHSOUTH CORPORATION IN NOTICE

- 1 -

ORIGINAL

Case No. _____
Certificate of Service

1     OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

2     PURSUANT TO 28 U.S.C. § 1441(b)

3. I caused the documents listed above to be placed in separate envelopes for each party served and addressed at the last known address as follows:

[ X ] Each envelope was deposited in the U.S. Mail according to the normal business practices observed at this office, with first class postage prepaid to:

> Daniel W. Watkins
> **The Watkins Firm**
> 4520 Executive Drive
> San Diego, CA 92121

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, December 24, 2007, at San Diego, California.

_____
Donna J. Provancher

@PFDesktop\::ODMA/PCDOCS/CSL/65317/1