```
 1  Robert F. Semmer (State Bar No. 102576)
    Cathleen G. Fitch (State Bar No. 95302)
 2  COUGHLAN, SEMMER & LIPMAN, LLP
    501 West Broadway, Suite 400
 3  San Diego, CA 92101
    (619) 232-0800
 4  (619) 232-0107 (Fax)
 5
    Attorneys for Defendant HEALTHSOUTH CORPORATION
 6
```

FILED

2007 DEC 26 AM 9:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, a Delaware corporation;<br>SHC SAN DIEGO, INC., a Georgia corporation;<br>SHC MANAGEMENT COMPANY, a Georgia corporation;<br>SURGICAL HEALTH CORPORATION, a Delaware corporation;<br>HEALTHSOUTH SURGERY CENTERS-WEST, INC., a Delaware corporation;<br>SURGICAL CARE AFFILIATES, LLC a Delaware Limited Liability corporation;<br>ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusively,<br><br>    Defendants. | CASE NO. '07 CV 2408 DMS WMc<br><br>**JOINDER OF DEFENDANT HEALTHSOUTH CORPORATION IN NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(b)** |

TO THE CLERK AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant HEALTHSOUTH CORPORATION, by and through its attorneys Coughlan, Semmer & Lipman, LLP, hereby joins in the Notice of Removal

///
///

- 1 -

Case No. _____
Joinder of Defendant Healthsouth Corporation in Notice of Removal

ORIGINAL

1 | of Civil Action of Defendant Surgical Care Affiliates, LLC, filed on December 24, 2007.

2 | DATED:  December 21, 2007    Respectfully submitted,

**COUGHLAN, SEMMER & LIPMAN, LLP**

By _____
Robert F. Semmer, Esq.
Cathleen G. Fitch, Esq.
Attorneys for Defendant HEALTHSOUTH CORPORATION

@PFDesktop\::ODMA/PCDOCS/CSL/65314/1

- 2 -

Case No. _____
Joinder of Defendant Healthsouth Corporation in Notice of Removal