| | |
|---|---|
| 1 | Robert F. Semmer (State Bar No. 102576) |
|   | Cathleen G. Fitch (State Bar No. 95302) |
| 2 | **COUGHLAN, SEMMER & LIPMAN, LLP** |
|   | 501 West Broadway, Suite 400 |
| 3 | San Diego, CA 92101 |
|   | (619) 232-0800 |
| 4 | (619) 232-0107 (Fax) |

**Attorneys for** SHC Management Corporation, a dissolved Georgia Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual, | CASE NO. 3:07-CV-2408 DMS WMc |
| Plaintiff, | **JOINDER OF DEFENDANT SHC MANAGEMENT CORPORATION IN NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(b)** |
| vs. | |
| HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO, INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS-WEST, INC., a Delaware corporation; SURGICAL CARE AFFILIATES, LLC a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusively, | |
| Defendants. | |

TO THE CLERK AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant SHC MANAGEMENT CORPORATION, a dissolved Georgia corporation, and without waiving its lack of capacity to be sued, by and through its attorneys Coughlan, Semmer & Lipman, LLP, hereby joins in the Notice of Removal

- 1 -

- 2 -

1  of Civil Action of Defendant Surgical Care Affiliates, LLC, filed on December 26, 2007.

2  DATED:  January 2, 2008                    Respectfully submitted,

3                                             **COUGHLAN, SEMMER & LIPMAN, LLP**

6                                             By ___s/ Cathleen G. Fitch_____
                                                  Robert F. Semmer, Esq.
                                                  Cathleen G. Fitch, Esq.
7                                                 Attorneys for SHC Management Corporation

@PFDesktop\::ODMA/PCDOCS/CSL/65391/1

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify:

1. I am over the age of 18 years and a resident of San Diego County, California; my business address is 501 W. Broadway, Suite 400, San Diego, California 92101; I am not a party to the above-entitled action;

2. On this date I caused the following document(s) to be filed and served electronically via the Court's CM/ECF System except as otherwise stated in paragraph #3 below:

**JOINDER OF DEFENDANT SHC MANAGEMENT CORPORATION IN NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 1441(b)**

3. I caused the documents listed above to be served on the following party/parties by other means addressed to the last known address and delivered as follows:

[ ]   Each envelope was placed for deposit in the U.S. Mail according to the normal business practices observed at this office, with first class postage prepaid to:

**N/A**

I declare that I am a member of the Bar of this Court, and it was at my direction the above described service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 2, 2008, California.

s/ Cathleen G. Fitch