Robert F. Semmer, Esq. (SBN 102576)
Cathleen G. Fitch, Esq. (SBN 95302)
**COUGHLAN, SEMMER & LIPMAN, LLP**
501 W. Broadway, Suite 400
San Diego, CA 92101
(619) 232-0800 Telephone
(619) 232-0107 Facsimile

Attorneys for Defendants HEALTHSOUTH CORPORATION, SURGICAL CARE AFFILIATES, LLC, AND SHC MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO, INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS-WEST, INC., a Delaware corporation; SURGICAL CARE AFFILIATES, LLC a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusively,<br><br>    Defendants. | **CASE NO. 3:07-cv-2408 DMS WMc**<br><br>**DEFENDANTS' HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION AND SURGICAL CARE AFFILIATES REQUEST TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date:         February 4, 2008<br>Time:        9:30 a.m.<br>Department:  Chambers of<br>             Judge William McCurine, Jr. |

Defendants HealthSouth Corporation, SHC Management Corporation and Surgical Care Affiliates, LLC, respectfully request that the Early Neutral Evaluation Conference currently set for February 4, 2008, before the Hon. William McCurine, Jr., be continued for approximately 45 days to allow said Defendants to retain new counsel as follows:

1.     Defendants, HealthSouth Corporation, SHC Management Corporation and Surgical Care Affiliates, LLC, have been served in this action and have retained the firm of Coughlan Semmer & Lipman to jointly defend them in this action.  The remaining Defendants, with the exception of Arthroscopic & Laser Surgery Center of San Diego, LP, for which Plaintiff sues derivatively and is aligned with Plaintiff, have not been served and Defendant Surgical Health Corporation was dismissed by Plaintiff.  It was anticipated that Coughlan Semmer & Lipman would appear as attorney of record once the other Defendants were served, and has agreed to accept service for said Defendants.

2.     This case was removed to this Court by Defendant Surgical Care Affiliates, LLC on December 26, 2007.  HealthSouth Corporation joined in Surgical Care Affiliates' Petition for Removal on that date and answered the Complaint on December 31, 2008.  Defendant SHC Management Corporation also joined in the Petition for Removal and answered the Complaint on January 2, 2008.

3.     It has come to the attention of HealthSouth Corporation just this week that Coughlan Semmer & Lipman represents an individual in a matter unrelated to this litigation, but who may, in the future, become adverse to HealthSouth Corporation, and HealthSouth has determined it is best served by retaining new counsel at this time.  The Defendants wish to use one law firm to defend them.  Accordingly, Coughlan Semmer & Lipman will be substituting out of this case as attorney of record for Defendants shortly.

4.     It is anticipated that Defendants will be able to promptly retain substitute counsel but that new counsel will need at least 30 days to come up to speed on the issues in this case and to be prepared to effectively participate in an Early Neutral Evaluation Conference.

5.     Defendants' current counsel, the undersigned, also just this week, was notified that Plaintiff is contemplating a motion to remand the case to state court which would be filed but likely not heard, before the currently scheduled Early Neutral Evaluation Conference on February 4,

1   2008.  Accordingly, it may be most efficient to hold the Early Neutral Evaluation Conference after

2   the resolution of such a motion.

3       It is therefore, respectfully requested that a new date for the Early Neutral Evaluation

4   Conference be set 45 days from February 4, 2008.

6   DATED:  January 18, 2008        **COUGHLAN, SEMMER & LIPMAN, LLP**

8           By   s/ Cathleen G. Fitch
           Cathleen G. Fitch
9              Attorneys for Defendants HealthSouth
           Corporation, SHC Management Corporation
10             and Surgical Care Affiliates, LLC

11  ::ODMA\PCDOCS\CSL\65576\1

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify:

1. On this date I caused the within document to be filed and served electronically via the Court's CM/ECF System except as otherwise stated in paragraph #2 below.

2. I caused the documents listed above to be served on the following party/parties by other means addressed to the last known address and delivered as follows:

> [ ] Each envelope was placed for deposit in the U.S. Mail according to the normal business practices observed at this office, with first class postage prepaid to:
>
> **N/A**

3. I am a member of the Bar of this Court, and it was at my direction the above described service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2008, at San Diego, California.

<u>s/ Cathleen G. Fitch</u>
**Cathleen G. Fitch**