# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAO,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>HEALTHSOUTH CORPORATION, et al.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv2408-DMS (WMc)<br><br>ORDER TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE |

　　　On January 18, 2008, the Court received Defendants' request for a continuance of the Early Neutral Evaluation Conference ("ENE").  Defendants' request to continue is denied.  However, the Court will allow the ENE to be held **TELEPHONICALLY**.  All counsel are required to participate.  Parties are not required to participate.  **Counsel for Defendant is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624**.

　　　IT IS SO ORDERED.

DATED:  January 22, 2008

　　　　　　　　　　　　　　　　　　　　　　　*/s/ W. McCurine Jr.*
　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court