1  MARK S. BAGULA [CSB No. 171141]
   DAVINA A. B. BLOOM [CSB No. 236850]
2  DANIEL W. WATKINS [CSB No. 128849]
   THE WATKINS FIRM
3  A Professional Corporation
   4520 Executive Drive
4  San Diego, CA 92121
   (858) 535-1511
5  (858) 535-1581 [Facsimile]

6  Attorneys for Plaintiff, DAVID J. CHAO

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 DAVID J. CHAO, an individual,                  ) CASE NO.: 3:07-cv-02408 DMS WMC
                                                  )
11              Plaintiff,                        )
       vs.                                        )
12                                                ) PLAINTIFF DAVID J. CHAO'S NOTICE
   HEALTHSOUTH CORPORATION, a Delaware)  OF MOTION TO REMAND ACTION TO
13 corporation; SHC SAN DIEGO, INC., a Georgia)   STATE COURT
   corporation; SHC MANAGEMENT COMPANY,)
14 a Georgia corporation; SURGICAL HEALTH)        Judge: Hon. Dana M. Sabraw
   CORPORATION, a Delaware corporation;)          Dept.: Courtroom 10
15 HEALTHSOUTH SURGERY CENTERS-WEST,)             Date: February 29, 2008
   INC., a Delaware corporation; SURGICAL CARE)   Time: 1:30 p.m.
16 AFFILIATES, LLC, a Delaware Limited Liability)
   corporation; ARTHROSCOPIC & LASER)
17 SURGERY CENTER OF SAN DIEGO, L.P., and)
   DOES 1 through 100, inclusively,               )
18                                                )
                Defendants.                       )
19 _____)

20

21 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22      PLEASE TAKE NOTICE that on February 29, 2008 at 1:30 p.m. or as soon as the Court may

23 hear the motion in Department 10 of the United States District Court for the Southern District of

24 California, at 940 Front Street, San Diego, California, 92101-8900, Plaintiff David J. Chao's Motion To

25 Remand this action to State Court will come before the Honorable Dana M. Sabraw.

26 / / /

27 / / /

28 / / /

---

                                    1                    *Notice of Motion for Remand*
                                                         Chao v. HealthSouth Corporation, et al.

Plaintiff's Motion for Remand will be based on this Notice, Plaintiff's Motion To Remand and Supporting Points and Authorities, Notice of Lodgement, the Certificate of Service, the Declaration of Mark S. Bagula in support thereof and any and all other pleadings and other papers on file in this action.

Dated: January 23, 2008

THE WATKINS FIRM, APC

_____
MARK S. BAGULA, ESQ.
Attorney for Plaintiff, DAVID J. CHAO

2

Notice of Motion for Remand
Chao v. HealthSouth Corporation, et al.