MARK S. BAGULA [CSB No. 171141]
DAVINA A. B. BLOOM [CSB No. 236850]
DANIEL W. WATKINS [CSB No. 128849]
THE WATKINS FIRM
A Professional Corporation
4520 Executive Drive
San Diego, CA 92121
(858) 535-1511
(858) 535-1581 [Facsimile]

Attorneys for Plaintiff, DAVID J. CHAO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual, | CASE NO.: 3:07-cv-02408 DMS WMC |
| Plaintiff, | |
| vs. | **PLAINTIFF DAVID J. CHAO'S NOTICE OF MOTION TO REMAND ACTION TO STATE COURT** |
| HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO, INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS-WEST, INC., a Delaware corporation; SURGICAL CARE AFFILIATES, LLC, a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusively, | Judge: Hon. Dana M. Sabraw<br>Dept.: Courtroom 10<br>Date: February 29, 2008<br>Time: 1:30 p.m. |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 29, 2008 at 1:30 p.m. or as soon as the Court may hear the motion in Department 10 of the United States District Court for the Southern District of California, at 940 Front Street, San Diego, California, 92101-8900, Plaintiff David J. Chao's Motion To Remand this action to State Court will come before the Honorable Dana M. Sabraw.

///

///

///

1

*Notice of Motion for Remand*
Chao v. HealthSouth Corporation, et al.

1   Plaintiff's Motion for Remand will be based on this Notice, Plaintiff's Motion To Remand and
2   Supporting Points and Authorities, Notice of Lodgement, the Certificate of Service, the Declaration of
3   Mark S. Bagula in support thereof and any and all other pleadings and other papers on file in this action.

THE WATKINS FIRM, APC

Dated:  January 23, 2008

_____
MARK S. BAGULA, ESQ.
Attorney for Plaintiff, DAVID J. CHAO