1  MARK S. BAGULA [CSB No. 171141]
   DAVINA A. B. BLOOM [CSB No. 236850]
2  DANIEL W. WATKINS [CSB No. 128849]
   THE WATKINS FIRM
3  A Professional Corporation
   4520 Executive Drive
4  San Diego, CA 92121
   (858) 535-1511
5  (858) 535-1581 [Facsimile]

6  Attorneys for Plaintiff, DAVID J. CHAO

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 DAVID J. CHAO, an individual,        ) CASE NO.: 3:07-cv-02408 DMS WMC
                                        )
11              Plaintiff,              )
   vs.                                  ) CERTIFICATE OF SERVICE
12                                      )
   HEALTHSOUTH CORPORATION, a Delaware)
13 corporation; SHC SAN DIEGO, INC., a Georgia) Judge: Hon. Dana M. Sabraw
   corporation; SHC MANAGEMENT COMPANY,) Dept.: Courtroom 10
14 a Georgia corporation; SURGICAL HEALTH) Date:  February 29, 2008
   CORPORATION, a Delaware corporation;) Time:  1:30 p.m.
15 HEALTHSOUTH SURGERY CENTERS-WEST,)
   INC., a Delaware corporation; SURGICAL CARE)
16 AFFILIATES, LLC, a Delaware Limited Liability)
   corporation; ARTHROSCOPIC & LASER)
17 SURGERY CENTER OF SAN DIEGO, L.P., and)
   DOES 1 through 100, inclusively,     )
18                                      )
              Defendants.                )
19 _____)

20

21      I, the undersigned, hereby certify:

22      1.    I am a citizen of the United States, over the age of eighteen years, and not a party to or

23 interested in the above-entitled cause. I am an employee of THE WATKINS FIRM, a professional

24 corporation, and my business address is 4520 Executive Drive, Suite 105, San Diego, California 92121.

25 I am readily familiar with the business practice for collection and processing of correspondence.

26      2.    On this date, I caused the following document(s) to be filed and served electronically via

27 the Court's CM/ECF System except as otherwise stated in paragraph #3 below:

28

---

1                                                    *Certificate of Service*
                                                     Chao v. HealthSouth Corporation, et al.

1  PLAINTIFF DAVID J. CHAO'S NOTICE OF MOTION TO REMAND ACTION TO STATE COURT;

2  PLAINTIFF DAVID J. CHAO'S MOTION TO REMAND ACTION AND SUPPORTING POINTS AND AUTHORITIES;

3  DECLARATION OF MARK S. BAGULA IN SUPPORT OF PLAINTIFF DAVID J. CHAO'S NOTICE OF MOTION TO REMAND REMOVED ACTION TO STATE COURT; and

4  NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFF DAVID J. CHAO'S MOTION TO REMAND ACTION TO STATE COURT.

3. I caused the documents listed below to be served on the following party/parties by other means addressed to the last known address and delivered as follows:

SUMMONS;

COMPLAINT;

CIVIL CASE COVER SHEET;

NOTICE OF CASE ASSIGNMENT;

STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS;

NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE;

AMENDMENT TO COMPLAINT;

PLAINTIFF DAVID J. CHAO'S NOTICE OF MOTION TO REMAND ACTION TO STATE COURT;

PLAINTIFF DAVID J. CHAO'S MOTION TO REMAND ACTION AND SUPPORTING POINTS AND AUTHORITIES;

DECLARATION OF MARK S. BAGULA IN SUPPORT OF PLAINTIFF DAVID J. CHAO'S NOTICE OF MOTION TO REMAND REMOVED ACTION TO STATE COURT; and

NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFF DAVID J. CHAO'S MOTION TO REMAND ACTION TO STATE COURT.

XX  By Personal service. I personally delivered the documents to the persons listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the ours of eight in the morning and six in the evening.

SHC SAN DIEGO, LLC
SURGICAL HEALTH LLC
SURGERY CENTERS-WEST HOLDINGS, LLC
SHC MANAGEMENT CORPORATION, A GEORGIA CORPORATION
SHC MANAGEMENT CORPORATION, A DELAWARE CORPORATION

1 | **SHC MANAGEMENT COMPANY**
**SHC MANAGEMENT CORPORATION**
2 | **SURGICAL CARE AFFILIATES, LLC**
**HEALTHSOUTH SURGERY CENTERS-WEST, INC.**
3 | **HEALTHSOUTH CORPORATION**

4 | by serving their attorneys of record:

5 | Robert F. Semmer, Esq.
Cathleen G. Fitch, Esq.
6 | **Coughlan, Semmer & Lipman, LLP**
501 West Broadway, Suite 400
7 | San Diego, CA 92101
(619) 232-0800 (Phone)
8 | (619) 232-0107 (Facsimile)

9 |      I declare under penalty of perjury under the laws of the State of California that the foregoing is

10 | true and correct. Executed on January 23, 2008, at San Diego, California.

_____
CASSIDY SITTER