Monty A. McIntyre
Seltzer Caplan McMahon Vitek
750 "B" Street, Suite 2100

San Diego, California 92101
(619) 685-3003

## UNITED STATES DISTRICT COURT
## Southern DISTRICT OF CALIFORNIA

| DAVID J. CHAO | CASE NUMBER: |
|---|---|
| v. Plaintiff(s) | 3:07-cv-2408 DMS WMc |
| HEALTHSOUTH CORPORATION, a Delaware corporation; et al. Defendant(s) | SUBSTITUTION OF ATTORNEY |

SURGICAL CARE AFFILIATES, LLC    [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes Monty A. McIntyre of Seltzer Caplan McMahon Vitek    who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   750 B Street, Ste. 2100
*Street Address*

San Diego, CA 92101     619/685-3003     619/702-6826     95797
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Cathleen G. Fitch of Coughlan, Semmer & Lipman, LLP
*Present Attorney*

SURGICAL CARE AFFILIATES, LLC

Dated: January __, 2008

*Signature of Party*

By: Rich Sharff

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.
Coughlan, Semmer & Lipman, LLP

Dated: January __, 2008

*Signature of Present Attorney*

By: Cathleen G. Fitch

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.
Seltzer Caplan McMahon Vitek

Dated: January __, 2008

*Signature of New Attorney*

By: Monty A. McIntyre

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: 1-31-08

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.casd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (03/02)                                                                G-01

```
Monty A. McIntyre
Seltzer Caplan McMahon Vitek
750 "B" Street, Suite 2100

San Diego, California 92101
(619) 685-3003
```

## UNITED STATES DISTRICT COURT
## Southern DISTRICT OF CALIFORNIA

| DAVID J. CHAO | CASE NUMBER: |
|---|---|
|  | 3:07-cv-2408 DMS WMc |
| v. Plaintiff(s) |  |
| HEALTHSOUTH CORPORATION, a Delaware corporation; et al. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) |  |

HEALTHSOUTH CORPORATION and SHC MANAGEMENT CORPORATION   [ ] Plaintiff [X] Defendant [ ] Other _____
*Name of Party*

hereby substitutes <u>Monty A. McIntyre of Seltzer Caplan McMahon Vitek</u> who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per  <u>750 B Street, Ste. 2100</u>
*Street Address*

<u>San Diego, CA 92101</u>    <u>619/685-3003</u>    <u>619/702-6826</u>    <u>95797</u>
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of <u>Cathleen G. Fitch of Coughlan, Semmer & Lipman, LLP</u>
*Present Attorney* HEALTHSOUTH CORPORATION
and SHC MANAGEMENT CORPORATION

Dated: January 28, 2008

*Signature of Party*

By: Michael E. Henderson

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.
Coughlan, Semmer & Lipman, LLP

Dated: January 29, 2008

*Signature of Present Attorney*

By: Cathleen G. Fitch

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.
Seltzer Caplan McMahon Vitek

Dated: January 30, 2008

*Signature of New Attorney*

By: Monty A. McIntyre

Substitution of Attorney is hereby [✓] Approved. [ ] Denied.

Dated: 1-31-08

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

### SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                    G-01