Monty A. McIntyre, Esq. (SBN 095796)
Christopher L. Ludmer, Esq. (SBN 208411)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:  (619) 685-3003
Facsimile:  (619) 685-3100
mcintyre@scmv.com; ludmer@scmv.com;

Attorneys for Defendants HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION and SURGICAL CARE AFFILIATES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS WEST, a Delaware corporation; SURGICAL CARE AFFILIATES, LLC, a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 3:07-CV-2408-DMS-WMc<br><br>**NOTIFICATION OF APPEARANCE OF CHRISTOPHER L. LUDMER** |

TO: PLAINTIFF, HIS ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES:

1 | PLEASE TAKE NOTICE that the following attorney hereby appears for Defendants HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION and SURGICAL CARE AFFILIATES, LLC.

Dated: January 31, 2008

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By:   s/ Christopher L. Ludmer

Monty A. McIntyre
Christopher L. Ludmer
Attorneys for Defendants HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION and SURGICAL CARE AFFILIATES, LLC