Monty A. McIntyre, Esq. (SBN 095796)
Christopher L. Ludmer, Esq. (SBN 208411)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:   (619) 685-3003
Facsimile:   (619) 685-3100
mcintyre@scmv.com; ludmer@scmv.com;

Attorneys for Defendants HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION and SURGICAL CARE AFFILIATES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS WEST, a Delaware corporation; SURGICAL CARE AFFILIATES, LLC, a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO. 3:07-CV-2408-DMS-WMc<br><br>**CERTIFICATE OF SERVICE** |

///

1  I am a resident of the State of California, over the age of eighteen years, and not a party to the
2  within above-entitled action, and employed in San Diego, California. On **January 31, 2008**, I served a
3  copy of the following document(s):

**DEFENDANTS HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION and SURGICAL CARE AFFILIATES, LLC'S NOTICE OF APPEARANCE OF CHRISTOPHER L. LUDMER**

I am readily familiar with the business practice of Seltzer Caplan McMahon Vitek regarding collection and processing and correspondence for personal delivery, for mailing with U.S. Postal Service, for facsimile and for overnight delivery by Federal Express Mail, or other overnight services. Said document(s) were served as follows:

**ELECTRONIC MAIL:**   A courtesy copy was transmitted by electronic mail as stated below:

Mark Scott Bagula    mbagula@watkinsfirm.com

Davina A B Bloom    dbloom@watkinsfirm.com, dmichael@watkinsfirm.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty under the laws of the United States of America that the above is true and correct.

Executed on **February 1, 2008**, at San Diego, California.

*/s/ Terri A. Zendejas*
Terri A. Zendejas

2

CASE NO. 3:07-CV-2408-DMS-WMc
CERTIFICATE OF SERVICE