# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO , <br><br> Plaintiff, <br> vs. <br> HEALTHSOUTH CORP, et al.,, <br><br> Defendant. | CASE NO. 07cv2408-DMS (WMc) <br><br> ORDER RE: MAGISTRATE JUDGE RECUSAL |

Magistrate Judge McCurine hereby recuses himself from the above captioned case. The Court has been notified by the Clerk's Office that this case has been randomly reassigned to Magistrate Judge Leo Papas.

IT IS SO ORDERED.

DATED: February 6, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court