# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO , <br><br>            Plaintiff, <br>  vs. <br> HEALTHSOUTH CORP, et al.,, <br><br>            Defendant. | CASE NO. 07cv2408-DMS (WMc) <br><br> ORDER |

On February 4, 2008, Magistrate Judge McCurine held a telephonic Early Neutral Evaluation Conference (ENE) in the above captioned case. Based upon information disclosed during the ENE, Judge McCurine recused himself from the case. An order reassigning the case to a new Magistrate Judge has been issued.

IT IS SO ORDERED.

DATED: February 6, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court