Monty A. McIntyre, Esq.    (SBN 095796)
Christopher L. Ludmer, Esq. (SBN 208411)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:    (619) 685-3003
Facsimile:    (619) 685-3100
mcintyre@scmv.com; ludmer@scmv.com;

Attorneys for Defendants HEALTHSOUTH CORPORATION, SHC MANAGEMENT
CORPORATION, SURGICAL CARE AFFILIATES, LLC, SHC SAN DIEGO, LLC, and
SURGERY CENTERS-WEST HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual, | CASE NO. 3:07-CV-2408-DMS-WMc |
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER REGARDING SUBSTITUTION OF PARTIES, SERVICE OF PARTIES, AND REMAND TO STATE COURT** |
| HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS WEST, INC., a Delaware corporation; SURGICAL CARE AFFILIATES, LLC, a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusive, | Judge: Dana M. Sabraw<br>Dept.: Courtroom 10 |
| Defendants. | |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1.    SHC SAN DIEGO, INC., a Georgia corporation, is not a party to this action by reason of transfer of interest and conversion to a Limited Liability Company.

2.    SHC SAN DIEGO, LLC, a Delaware Limited Liability Company, is substituted as a party to this action in place of the party identified in Paragraph 1.

3.    HEALTHSOUTH SURGERY CENTERS WEST, INC., a Delaware corporation, is not a party to this action by reason of transfer of interest and conversion to a Limited Liability Company.

4.    SURGERY CENTERS-WEST HOLDINGS, LLC, a Delaware Limited Liability Company, is substituted as a party to this action in place of the party identified in Paragraph 3.

5.    The parties stipulate and agree that Defendants SHC SAN DIEGO, LLC and SURGERY CENTERS-WEST HOLDINGS, LLC are deemed to be properly served with a copy of the summons and Complaint as of February 14, 2008.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

1    6.    The parties stipulate and agree that the action should be remanded back to the

2  state court. Each party to bear its own fees and costs.

3

4  Dated: _____2-15·08_____

5                                              SELTZER CAPLAN McMAHON VITEK
                                               A Law Corporation
6

7                                              By: _____
                                                   Monty A. McIntyre
8                                                  Christopher L. Ludmer

9                                              Attorneys for Defendants HEALTHSOUTH
                                               CORPORATION, SHC MANAGEMENT
10                                             CORPORATION, SURGICAL CARE
                                               AFFILIATES, LLC, SHC SAN DIEGO, LLC, and
11                                             SURGERY CENTERS-WEST HOLDINGS, LLC

12

13  Dated: February 14, 2008                   THE WATKINS FIRM
                                               A Professional Corporation
14

15                                             By: _____
16                                                 Mark S. Bagula
                                                   Davina A. B. Bloom
17                                             Attorneys for Plaintiff DAVID J. CHAO

18

19

20                                             **ORDER**

21      IT IS SO ORDERED.

22

23  DATED: _____        _____
24                                             United States District Judge

25

26

27

28

CASE NO. 3:07-CV-2408-DMS-WMc
STIPULATION AND (PROPOSED) ORDER REGARDING SUBSTITUTION OF PARTIES,
SERVICE OF PARTIES, AND REMAND TO STATE COURT