1  MARK S. BAGULA [CSB No. 171141]
   DAVINA A. B. BLOOM [CSB No. 236850]
2  DANIEL W. WATKINS [CSB No. 128849]
   THE WATKINS FIRM
3  A Professional Corporation
   4520 Executive Drive
4  San Diego, CA 92121
   (858) 535-1511
5  (858) 535-1581 [Facsimile]

6  Attorneys for Plaintiff, DAVID J. CHAO

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 DAVID J. CHAO, an individual,            ) CASE NO.: 3:07-cv-02408 DMS LSP
                                            )
11              Plaintiff,                  )
           vs.                              ) PLAINTIFF DAVID J. CHAO'S NOTICE
12                                          ) OF WITHDRAWAL OF MOTION TO
   HEALTHSOUTH CORPORATION, a Delaware) REMAND ACTION TO STATE COURT
13 corporation; SHC SAN DIEGO, INC., a Georgia)
   corporation; SHC MANAGEMENT COMPANY,) Judge: Hon. Dana M. Sabraw
14 a Georgia corporation; SURGICAL HEALTH) Dept.: Courtroom 10
   CORPORATION, a Delaware corporation;) Date:  February 29, 2008
15 HEALTHSOUTH SURGERY CENTERS-WEST,) Time:  1:30 p.m.
   INC., a Delaware corporation; SURGICAL CARE)
16 AFFILIATES, LLC, a Delaware Limited Liability)
   corporation; ARTHROSCOPIC & LASER)
17 SURGERY CENTER OF SAN DIEGO, L.P., and)
   DOES 1 through 100, inclusively,         )
18                                          )
                Defendants.                 )
19 _____)

20 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21       PLEASE TAKE NOTICE that Plaintiff David J. Chao hereby withdraws his Motion To Remand

22 this action to State Court because the parties have stipulated to remand this case to State Court.

23       Plaintiff's Motion to Remand Action to State Court is scheduled for February 29, 2008 at 1:30

24 p.m. in Department 10 of the United States District Court for the Southern District of California, at 940

25 Front Street, San Diego, California, 92101-8900 before the Honorable Dana M. Sabraw.

26                                          THE WATKINS FIRM, APC

27

28 Dated: February 15, 2008
                                            MARK S. BAGULA, ESQ.
                                            Attorney for Plaintiff, DAVID J. CHAO

---

                                               *Notice of Withdrawal of Motion for Remand*
                                    1          *Chao v. HealthSouth Corporation, et al.*