Monty A. McIntyre, Esq.     (SBN 095796)
Christopher L. Ludmer, Esq. (SBN 208411)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:     (619) 685-3003
Facsimile:     (619) 685-3100
mcintyre@scmv.com; ludmer@scmv.com;

Attorneys for Defendants HEALTHSOUTH CORPORATION, SHC MANAGEMENT CORPORATION, SURGICAL CARE AFFILIATES, LLC, SHC SAN DIEGO, LLC, and SURGERY CENTERS-WEST HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CHAO, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HEALTHSOUTH CORPORATION, a Delaware corporation; SHC SAN DIEGO INC., a Georgia corporation; SHC MANAGEMENT COMPANY, a Georgia corporation; SURGICAL HEALTH CORPORATION, a Delaware corporation; HEALTHSOUTH SURGERY CENTERS WEST, INC., a Delaware corporation; SURGICAL CARE AFFILIATES, LLC, a Delaware Limited Liability corporation; ARTHROSCOPIC & LASER SURGERY CENTER OF SAN DIEGO, L.P., and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE NO. 3:07-CV-2408-DMS-WMc<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER REGARDING SUBSTITUTION OF PARTIES, SERVICE OF PARTIES, AND REMAND TO STATE COURT**<br><br>Judge:  Dana M. Sabraw<br>Dept.:  Courtroom 10 |

Case 3:07-cv-02408-DMS-LSP    Document 21    Filed 02/15/2008    Page 2 of 3

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1.    SHC SAN DIEGO, INC., a Georgia corporation, is not a party to this action by reason of transfer of interest and conversion to a Limited Liability Company.

2.    SHC SAN DIEGO, LLC, a Delaware Limited Liability Company, is substituted as a party to this action in place of the party identified in Paragraph 1.

3.    HEALTHSOUTH SURGERY CENTERS WEST, INC., a Delaware corporation, is not a party to this action by reason of transfer of interest and conversion to a Limited Liability Company.

4.    SURGERY CENTERS-WEST HOLDINGS, LLC, a Delaware Limited Liability Company, is substituted as a party to this action in place of the party identified in Paragraph 3.

5.    The parties stipulate and agree that Defendants SHC SAN DIEGO, LLC and SURGERY CENTERS-WEST HOLDINGS, LLC are deemed to be properly served with a copy of the summons and Complaint as of February 14, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CASE NO. 3:07-CV-2408-DMS-WMc
STIPULATION AND (PROPOSED) ORDER REGARDING SUBSTITUTION OF PARTIES,
SERVICE OF PARTIES, AND REMAND TO STATE COURT

6.    The parties stipulate and agree that the action should be remanded back to the state court. Each party to bear its own fees and costs.

Dated: _____

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By: _____
        Monty A. McIntyre
        Christopher L. Ludmer
Attorneys for Defendants HEALTHSOUTH
CORPORATION, SHC MANAGEMENT
CORPORATION, SURGICAL CARE
AFFILIATES, LLC, SHC SAN DIEGO, LLC, and
SURGERY CENTERS-WEST HOLDINGS, LLC

Dated: February 14, 2008

THE WATKINS FIRM
A Professional Corporation

By: _____
        Mark S. Bagula
        Davina A. B. Bloom
Attorneys for Plaintiff DAVID J. CHAO

**ORDER**

IT IS SO ORDERED.

DATED: **2-15-08**

_____
United States District Judge

3